# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00349-CV

**Susan Bowerman Barnes, John Bowerman, Mary Elizabeth Bowerman Durrant and Patricia Bowerman, Appellants**

**v.**

**Omega Home Builders, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT NO. 197,853-B, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

### M E M O R A D U M   O P I N I O N

Appellants Susan Bowerman Barnes, John Bowerman, Mary Elizabeth Bowerman Durrant, and Patricia Bowerman filed an unopposed motion to dismiss their appeal advising that they have settled the dispute with appellee and they no longer desire to pursue this appeal.

The appeal is dismissed on motion of appellants. Tex. R. App. P. 42.1(a)(2).

Jan P. Patterson, Justice

Before: Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Appellants' Motion

Filed: October 16, 2003